**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **TERRY TYLER,** | ) | **CASE NO. 8:12CV100** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **U.S. ATTORNEY GENERAL,** | ) | |
| | ) | |
| **Respondent.** | ) | |

Petitioner Terry Tyler ("Tyler") filed a Petition for Writ of Habeas Corpus on March 12, 2012.  (Filing No. 1.)  Thereafter, Tyler filed a document entitled, "Motion to Proceed In Forma Pauperis."  (Filing No. 3.)  However, Tyler  has not submitted any information on which the court can assess his eligibility to proceed in forma pauperis.  In addition, the Federal Bureau of Prisons has not provided a copy of Petitioner's institutional trust account statement, despite being asked to do so on March 22 and May 14, 2012.  (Filing Nos. 4 and 5.)  IT IS THEREFORE ORDERED that:

1.    The Clerk of the court shall send to Petitioner an AO Form 240 application together with a copy of this order;

2.    On or before September 7, 2012, Petitioner shall complete and return the AO Form 240 application to the Clerk or else pay a filing fee of $5.00;

3.    If Petitioner does not return the completed form or pay the filing fee by such date, this case will be dismissed without prejudice and without further notice; and

4.      The Clerk is directed to set a pro se case management deadline in this case using the following text: September 7, 2012: Petitioner's IFP application or filing fee payment due.

DATED this 13th day of August, 2012.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.