IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY TYLER, | ) | CASE NO. 8:12CV100 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| U.S. ATTORNEY GENERAL, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On August 13, 2012, the court entered a Memorandum and Order directing Petitioner to complete and return the AO Form 240 application or pay the $5.00 filing fee no later than September 7, 2012. (Filing No. 6.) The court warned Petitioner that failure to complete and return the form or pay the $5.00 filing fee would result in the dismissal of this matter without further notice. Plaintiff has not returned the AO Form 240 or paid the $5.00 filing fee.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders;

2. All pending motions are denied as moot; and

3. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 11th day of October, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.